**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Nancy A. Cicero, | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 23-70038-JAD |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 28 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| vs. | : | May 24, 2023 at 10:00 AM |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION
## FILED AT DOCKET NO. 28

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on March 25, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 24, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 25, 2023                          By: /s/ Lawrence Willis Esquire
                                               Lawrence W Willis, Esquire
                                               PA I.D. # 85299
                                               Willis & Associates
                                               201 Penn Center Blvd
                                               Pittsburgh, PA 15235
                                               Tel: 412.235.1721
                                               Fax: 412.542.1704
                                               lawrencew@urfreshstrt.com
                                               Attorney for Debtors