**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-70038-JAD |
| Nancy A. Cicero, | : | |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Nancy A. Cicero, | : | RELATED TO DOCKET NO. 30 |
| | : | |
| Movant | : | |
| | : | HEARING DATE AND TIME : |
| vs. | : | May 24, 2023 at 10 :00 AM |
| | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee/ | : | |
| Respondents | : | |

## <u>CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO DISMISS CASE</u>
## <u>FILED AT DOCKET NO. 30</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on April 7, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 24, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>April 29, 2023</u>     By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors