**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-70038-JAD |
| Nancy A. Cicero, | : | |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Nancy A. Cicero, | : | RELATED TO DOCKET NO. 30 |
| | : | |
| Movant | : | Doc. # 32 |
| | : | HEARING DATE AND TIME : |
| vs. | : | May 24, 2023 at 10:00 AM |
| | : | |
| | : | FILED |
| | : | 5/19/23 10:22 am |
| Ronda J. Winnecour, Esquire, | : | CLERK |
| Chapter 13 Trustee/ | : | U.S. BANKRUPTCY |
| Respondents | : | COURT - WDPA |

## AMENDED ORDER

AND NOW on this ___19th___ day of ___May___, 2023, it is hereby ordered and directed:

1. The within Debtor's chapter 13 case is dismissed without prejudice.

2. The Court retains jurisdiction over the Application for Compensation filed in this case.

3. Fees owed to Counsel, Lawrence W. Willis/Willis and Associates, shall be paid prior to any refund to the Debtor.

BY THE COURT:

_____ jsf
Jeffery A. Deller,
*United States Bankruptcy Judge*

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nancy A Cicero  
    Debtor

Case No. 23-70038-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3  
Date Rcvd: May 19, 2023      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy A Cicero, 817 Conemaugh Avenue, Portage, PA 15946-1726 |
| 15577065 | | Weltman Weinberg & Reis, 905 Keynote Circle, Brooklyn Heights, OH 44131 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 20 2023 00:03:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 19 2023 23:25:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15577527 | + | Email/Text: alexis@multisourcellc.com | May 19 2023 23:25:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 15577050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2023 00:04:50 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 15577049 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 20 2023 00:03:40 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15575439 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2023 23:25:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15577051 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2023 23:25:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15568761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2023 00:04:46 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15568759 | + | Email/Text: PBNCNotifications@peritusservices.com | May 19 2023 23:25:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15582167 | ^ | MEBN | May 19 2023 23:23:16 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15582291 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 23:39:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15568760 | | Email/Text: camanagement@mtb.com | May 19 2023 23:25:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15581874 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 23:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15568762 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 23:25:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 92193-9069 |
| 15568763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2023 23:40:50 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15577485 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2023 00:03:01 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15572162 | | Email/PDF: resurgentbknotifications@resurgent.com May 19 2023 23:40:56 | | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15571220 | | Email/Text: bnc-quantum@quantum3group.com May 19 2023 23:25:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15577836 | | Email/Text: bnc-quantum@quantum3group.com May 19 2023 23:25:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15577058 | + | Email/PDF: gecsedi@recoverycorp.com May 19 2023 23:39:45 | | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15568764 | + | Email/PDF: pa_dc_claims@navient.com May 19 2023 23:52:27 | | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15568815 | + | Email/PDF: gecsedi@recoverycorp.com May 19 2023 23:52:03 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15568765 | + | Email/PDF: gecsedi@recoverycorp.com May 19 2023 23:40:16 | | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15568766 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2023 00:04:38 | | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15568767 | + | Email/Text: bncmail@w-legal.com May 19 2023 23:25:00 | | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15568768 | | Email/Text: bankruptcies@uplift.com May 19 2023 23:25:00 | | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 15572008 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com May 19 2023 23:52:28 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15568769 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com May 19 2023 23:52:29 | | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15577064 | + | Email/Text: pitbk@weltman.com May 19 2023 23:25:00 | | Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15577066 | + | Email/Text: BKRMailOps@weltman.com May 19 2023 23:25:00 | | Weltman Wienberg & Reis, 323 W. Lakeside Drive, Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING LLC |
| 15577054 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15577052 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15577053 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15577055 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15577056 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| | | |
|---|---|---|
| 15577057 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15577059 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15577060 | *+ | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15577061 | *+ | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15577062 | *P++ | UPLIFT INC, 5301 KIETZKE LN STE 200, RENO NV 89511-2083, address filed with court:, Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 15577063 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lawrence W. Willis | on behalf of Debtor Nancy A Cicero ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5