**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

NANCY A CICERO                                    Case No.:23-70038 JAD

      Debtor(s)

Ronda J. Winnecour                                Document No.:
      Movant
      vs.
No Repondents.

---

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/04/2023  and confirmed on 01/01/1900 .  The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,943.00 |
| Less Refunds to Debtor | 260.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,683.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,657.52 | |
| Trustee Fee | 25.48 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,683.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7582 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 1,067.22 | 0.00 | 0.00 | 0.00 |
|   Acct: 7582 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 8,652.23 | 0.00 | 0.00 | 0.00 |
|   Acct: 1067 | | | | |

* * * N O N E * * *

| Priority | | | | |
|---|---:|---:|---:|---:|
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NANCY A CICERO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NANCY A CICERO | 260.00 | 260.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIS & ASSOCIATES | 2,990.00 | 2,657.52 | 0.00 | 0.00 |
|   Acct: DOC | | | | |
| LAWRENCE W WILLIS ESQ | 4,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

23-70038 JAD          **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**          Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0507 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9605 | | | | |
| CITIBANK NA** | 394.25 | 0.00 | 0.00 | 0.00 |
| Acct: 6201 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0612 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,333.12 | 0.00 | 0.00 | 0.00 |
| Acct: 4824 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,117.76 | 0.00 | 0.00 | 0.00 |
| Acct: 9156 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4965 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5892 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 468.48 | 0.00 | 0.00 | 0.00 |
| Acct: 7282 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,016.57 | 0.00 | 0.00 | 0.00 |
| Acct: 9718 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4944 | | | | |
| LVNV FUNDING LLC | 1,090.32 | 0.00 | 0.00 | 0.00 |
| Acct: 7778 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1037 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 610.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4409 | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PINNACLE CREDIT SERVICES LLC | 476.21 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| BRICKHOUSE OPCO I LLC | 461.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8169 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR VE | 5,311.68 | 0.00 | 0.00 | 0.00 |
| Acct: 9775 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7778 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                      0.00

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                9,719.45
UNSECURED             16.280.49

Date: 07/10/2023                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID
                                              #30399
                                              CHAPTER 13 TRUSTEE WD
                                              PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.co
                                              m